82,173-02  9-21-2015

W11-55238-W(A)

WR-82,173-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

Honorable Judge Sharon Keller,

I am Gregory McAlister 1899662 a Texas inmate currently incarcerated at the Hutchins State Jail facility located in Dallas Tx. 75241. I previously filed a motion/writ for a habeus Corpus for Ineffective assistance from counsel in the year of 2014. An order for supplimental facts was filed in January 2015 with an expiration date due in May 2015. No action was taken by the trial court. In addition to the order filed another letter was sent from Austin to the clerk of the trial court to forward all supplemental records in this cause to the Criminal Court of Appeals. The trial court never follows orders they never respond to me when I write, so how do I go about getting justice. My rights have been violated and the records will show thats why they aren't responding. I have been dealing with this matter for 1½ yrs now. When will Austin step in and lay down the law and grant me my relief. Shouldn't someone be held in contempt for not replying to "orders". I wrote a previously letter about a month ago seeing what can be done or when are you going to do something.

Thanks for Your Time and Consideration.

Gregory McAlister 1899662
1500 E. Langden Rd
Hutchins State Jail B1
Dallas Tx. 75241

This document contains some pages that are of poor quality at the time of imaging.